**ORAL ARGUMENT SCHEDULED APRIL 13, 2026**
No. 25-5302

# In the United States Court of Appeals for the District of Columbia Circuit

MEDIA MATTERS FOR AMERICA,

*Plaintiff-Appellee,*

v.

FEDERAL TRADE COMMISSION, *et al.*,

*Defendants-Appellants.*

On Appeal from the United States District Court for the District of Columbia

**NOTICE OF INTENT OF THE LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW AND NINE CIVIL RIGHTS ORGANIZATIONS TO FILE AN *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFF-APPELLEE AND AFFIRMANCE**

Edward G. Caspar
Leah Frazier
Gillian Cassell-Stiga
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
(202) 662-8600

Brendan Benedict
Michael D. Altebrando
BENEDICT LAW GROUP PLLC
322 G Street NE
Washington, DC 20002
(212) 287-9501
brendan@benedictlawgroup.com

*Counsel for* Amici Curiae

# CORPORATE DISCLOSURE STATEMENT

*Amici* the Lawyers' Committee for Civil Rights Under Law, Asian Americans Advancing Justice | AAJC, Feminist Majority Foundation, Hispanic Federation, Japanese American Citizens League, The Leadership Conference on Civil and Human Rights, League of United Latin American Citizens, National Women's Law Center, The Sikh American Legal Defense and Education Fund, and United Church of Christ Media Justice Ministry, Inc., are nonprofit civil rights organizations that have issued no stock or stake to the public, and have no parent companies, subsidiaries, or affiliates that issued any stock or stake to the public.

# NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF *AMICI CURIAE*

Pursuant to D.C. Circuit Rule 29(b), the following ten nonprofit civil rights groups hereby give notice that they intend to file an *amici curiae* brief in support of Plaintiff-Appellee:

The Lawyers' Committee for Civil Rights Under Law

Asian Americans Advancing Justice | AAJC

Feminist Majority Foundation

Hispanic Federation

Japanese American Citizens League

The Leadership Conference on Civil and Human Rights

League of United Latin American Citizens

National Women's Law Center

The Sikh American Legal Defense and Education Fund

United Church of Christ Media Justice Ministry, Inc.

The parties have consented to the timely and rule-compliant filing of this brief.

February 23, 2026

Respectfully submitted,

/s/ *Brendan Benedict*
Brendan Benedict
BENEDICT LAW GROUP PLLC
322 G Street NE
Washington, DC 20002
(212) 287-9501
*brendan@benedictlawgroup.com*

*Counsel for* amici curiae

## CERTIFICATE OF SERVICE

I certify that on February 23, 2026, I served this Notice on all parties or their counsel of record through the CM/ECF system.

*/s/ Brendan Benedict*
Brendan Benedict
