# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Media Matters for America

v.

Federal Trade Commission

**Case No:** 25-5302

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

See attached

### Counsel Information

**Lead Counsel:** John Langford

**Direct Phone:** (919) 619-9819  **Fax:** (203) 432-3034  **Email:** john.langford@ylsclinics.org

**2nd Counsel:** David A. Schulz

**Direct Phone:** (212) 850-6103  **Fax:** (203) 432-3034  **Email:** david.schulz@ylsclinics.org

**3rd Counsel:**

**Direct Phone:** (   )              **Fax:** (   )              **Email:**

**Firm Name:** Yale Media Freedom & Information Access Clinic

**Firm Address:** 127 Wall Street, P.O. Box 208215

**Firm Phone:** (919) 619-9819  **Fax:** (203) 432-3034  **Email:** john.langford@ylsclinics.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

## Amici Curiae Represented

1. The Associated Press
2. The Atlantic Monthly Group LLC
3. The Center for Investigative Reporting
4. The Guardian U.S.
5. The McClatchy Company, LLC
6. National Newspaper Association
7. National Press Photographers Association
8. The New York Times Company
9. Newsday LLC
10. Online News Association
11. Pro Publica, Inc.
12. Radio Television Digital News Association
13. Reporters Committee for Freedom of the Press
14. The Seattle Times Company
15. Society of Professional Journalists