**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Media Matters for America

v.

Federal Trade Commission, et al.

**Case No:** 25-5302

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Cato Institute

### Counsel Information

**Lead Counsel:** Thomas A. Berry
**Direct Phone:** (443) 254-6330  Fax: (___) _____  **Email:** tberry@cato.org

**2nd Counsel:** Daniel Greenberg
**Direct Phone:** (443) 254-6330  Fax: (___) _____  **Email:** dgreenberg@cato.org

**3rd Counsel:** Kimberly Coleman
**Direct Phone:** (443) 254-6330  Fax: (___) _____  **Email:** kcoleman@cato.org

**Firm Name:** Cato Institute
**Firm Address:** 1000 Massachusetts Ave. NW, Washington, DC 20001
**Firm Phone:** (443) 254-6330  Fax: (___) _____  **Email:** tberry@cato.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)