# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW  
Washington, DC 20001-2866  
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Media Matters for America

v.

FTC, et al.

**Case No:** 25-5302

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Foundation for Individual Rights and Expression

American Civil Liberties Union

American Civil Liberties Union of the District of Columbia

### Counsel Information

**Lead Counsel:** Robert Corn-Revere

**Direct Phone:** (215) 717-3473  **Fax:** (___) ___-____  **Email:** bob.corn-revere@fire.org

**2nd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**3rd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**Firm Name:** Foundation for Individual Rights and Expression

**Firm Address:** 700 Pennsylvania Avenue SE, Suite 340, Washington, DC 20003

**Firm Phone:** (215) 717-3473  **Fax:** (___) ___-____  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44  
March 2017 (REVISED)