# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** MEDIA MATTERS FOR AMERICA

v.

FEDERAL TRADE COMMISSION et al.,

**Case No:** 25-5302

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as  ● Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the  ○ Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Lawyers' Committee for Civil Rights Under Law | Japanese American Citizens League |
| Asian Americans Advancing Justice \| AAJC | The Leadership Conference on Civil and Huma |
| Feminist Majority Foundation | League of United Latin American Citizens |
| Hispanic Federation | National Women's Law Center |

### Counsel Information

**Lead Counsel:** Brendan Benedict

**Direct Phone:** (212) 287-9501  **Fax:** (___) ___-____  **Email:** brendan@benedictlawgroup.com

**2nd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**3rd Counsel:**

**Direct Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

**Firm Name:** Benedict Law Group PLLC

**Firm Address:** 322 G Street NE Washington, DC 20002

**Firm Phone:** (212) 2879501  **Fax:** (___) ___-____  **Email:** brendan@benedictlawgroup.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

**Entry of Appearance**
Party Information (continued from previous)

The Sikh American Legal Defense and Education Fund
United Church of Christ Media Justice Ministry, Inc.