# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Media Matters for America

v.

FTC

**Case No:** 25-5302

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

See attached.

### Counsel Information

**Lead Counsel:** Kendra K. Albert

**Direct Phone:** (203) 424-0382  **Fax:** (___) _____  **Email:** kendra@albertsellars.law

**2nd Counsel:**

**Direct Phone:** (___) _____  **Fax:** (___) _____  **Email:**

**3rd Counsel:**

**Direct Phone:** (___) _____  **Fax:** (___) _____  **Email:**

**Firm Name:** Albert Sellars LLP

**Firm Address:** 769 Centre Street, Suite 199, Boston, MA 02130

**Firm Phone:** (617) 286-6886  **Fax:** (___) _____  **Email:** firm@albertsellars.law

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

## *Amici Curiae* Represented

1. CalMatters
2. The Center for Investigative Reporting, Inc.
3. The Coalition for Independent Technology Research
4. The Dangerous Speech Project
5. Defending Rights & Dissent
6. The Electronic Frontier Foundation
7. The First Amendment Coalition
8. Free Press
9. Freedom of the Press Foundation
10. Local Independent Online News (LION) Publishers
11. MuckRock Foundation
12. The National Coalition Against Censorship
13. Open Vallejo
14. The Press Freedom Defense Fund
15. The Project On Government Oversight (POGO)
16. Public Knowledge
17. Reporters Without Borders, Inc. (RSF USA)