# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5302**                         **September Term, 2025**

**1:25-cv-01959-SLS**

**Filed On: April 13, 2026** [2168231]

Media Matters for America,

      Appellee

    v.

Federal Trade Commission, et al.,

      Appellants

    **BEFORE:**    Circuit Judges Millett, Wilkins, and Katsas


### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Monday, April 13, 2026 at 9:33 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

    H. Thomas Byron III, counsel for Appellants.

    Nathaniel A.G. Zelinsky, counsel for Appellee.


                         **FOR THE COURT:**
                         Clifton B. Cislak, Clerk

          BY:    /s/
                     Jaime T. Stratton
                     Deputy Clerk