**ORAL ARGUMENT HELD ON APRIL 13, 2026**

No. 25-5302

IN THE

# United States Court of Appeals
# for the District of Columbia Circuit

MEDIA MATTERS FOR AMERICA,

*Plaintiff-Appellee*,

v.

FEDERAL TRADE COMMISSION, *et al.*,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Columbia, No. 1:25-cv-01959-SLS
Hon. Sparkle L. Sooknanan, J.

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS

JUSTIN A. NELSON
MATTHEW BEHNCKE
ALEXANDRA FOULKES GRAFTON
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
713-651-9366

KATHERINE M. PEASLEE
SUSMAN GODFREY LLP
401 Union Street, Suite 3000
SEATTLE, WA 98101
206-516-3880

NATHANIEL A.G. ZELINSKY
SAMANTHA P. BATEMAN
ELIZABETH D. COLLERY
WASHINGTON LITIGATION GROUP
1717 K St., NW, Suite 1120
Washington, D.C. 20006
202-521-8750
nzelinsky@washingtonlitigationgroup.org

*Counsel for Plaintiff-Appellee Media Matters for America*

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**

Pursuant to D.C. Circuit Local Rule 27(g), Media Matters for America respectfully moves this Court to extend the time to file its opposition to the government's motion to dismiss by five days. The opposition is currently due on April 30, 2026. With a five-day extension, Media Matters' opposition will be due on May 5, 2026. The government does not oppose this request.

1. This Court held oral argument in this matter on April 13, 2026. On April 15, 2026, the government filed a complaint alleging putative antitrust violations by advertising agencies. *See* Complaint, ECF 1, *Federal Trade Commission, et al. v. Dentsu US, Inc., et al.,* No. 4:26-cv-469 (April 15, 2026, N.D. Tex.). The federal government brought its case in the same division in the Northern District of Texas in which Elon Musk sued Media Matters as part of his campaign of retaliation. *Id*. at 1. The federal government filed the case alongside Texas Attorney General Ken Paxton, whom Judge Mehta found to have engaged in First Amendment retaliation against Media Matters. *Id*. at 8.

2. The same day, the parties in *Dentsu* entered into, and the Court approved, a settlement agreement.

3. Media Matters' forthcoming filing will explain that the Federal Trade Commission's actions post-argument make plain that it issued its Civil Investigatory Demand in retaliation against Media Matters for its speech. Among other things,

1

the *Dentsu* complaint draws an express link—which the government previously disclaimed—between the Federal Trade Commission's putative investigation and Media Matters' 2023 reporting about antisemitism on X. *Compare id*. at 3-4 & n.11 (complaint focusing on Media Matters' 2023 reporting about antisemitism on X), *with* Recording of Oral Argument at 40:24 ("No, Judge Millett, this has nothing to do with the 2023 article.").

4. The government now moves this Court to dismiss its appeal under Federal Rule of Appellate Procedure 42(b)(2). Media Matters' opposition to the government's motion is currently due on April 30, 2026. With a five-day extension, Media Matters' opposition will be due on May 5, 2026.

5. There is good cause for this short extension. A modest amount of additional time will allow Media Matters to fully brief why the Court should deny the motion to dismiss, where, as here, the underlying action is not moot, the Court has invested substantial resources in the appeal, and an appellant appears to be strategically seeking to avoid an adverse decision after oral argument.

6. Moreover, in addition to arguing before this Court on April 13, 2026, the undersigned has several recent and upcoming competing deadlines, including: a reply in *Beatty v. Trump*, 1:25-cv-04880-CRC (D.D.C.), filed on April 13, 2026; oral argument in *Beatty* on April 28, 2026; a reply in support of certiorari in *Harris v. Bessent*, No. 25-1110 (U.S.), due approximately May 6, 2026; an opposition to a

2

motion to dismiss in *Maltinsky v. Patel*, 1:25-CV-04031-RJL (D.D.C.), due on May 7, 2026; an opposition to a motion to dismiss in *Nemer v. Bondi*, 25-CV-04170-SLS (D.D.C.), due on May 11, 2026; an opposition to a petition for writ of certiorari in *U.S. Doge Service v. United States District Court for the District of Columbia* (U.S.), currently due on May 20, 2026; and an opening brief in *Jackler v. DOJ*, No. 26-1575 (Fed. Cir.), due on June 1, 2026.

7. Counsel for the government indicates the government does not oppose this request.

**CONCLUSION**

For the forgoing reasons, Court should grant the requested extension.

April 21, 2026                          Respectfully submitted,

                                        /s/ Nathaniel A.G. Zelinsky
JUSTIN A. NELSON                        NATHANIEL A.G. ZELINSKY
MATTHEW BEHNCKE                         SAMANTHA P. BATEMAN
ALEXANDRA FOULKES GRAFTON               ELIZABETH D. COLLERY
SUSMAN GODFREY LLP                      WASHINGTON LITIGATION GROUP
1000 Louisiana Street, Suite 5100       1717 K St., NW, Suite 1120
Houston, TX 77002-5096                  Washington, D.C. 20006
713-651-9366                            202-521-8750
                                        nzelinsky@washingtonlitigationgroup.org

KATHERINE M. PEASLEE
SUSMAN GODFREY LLP
401 Union Street, Suite 3000
SEATTLE, WA 98101
206-516-3880

*Counsel for Plaintiff-Appellee Media Matters for America*

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 27(d)(2), I certify that Appellee's motion contains 583 words.  This motion also complies with the requirements of Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) because it has been prepared using Microsoft word 14-point Times New Roman, a proportionally spaced font.

April 21, 2026

/s/ Nathaniel A.G. Zelinsky
NATHANIEL A.G. ZELINSKY
WASHINGTON LITIGATION GROUP
1717 K St., NW, Suite 1120
Washington, D.C. 20006
202-521-8750
nzelinsky@washingtonlitigationgroup.org

*Counsel for Plaintiff-Appellee*
*Media Matters for America*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 21, 2026, I caused the foregoing to be electronically filed with the Clerk of the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.  All counsel in this case are registered CM/ECF users and will be served by the appellate CM/ECF system.

April 21, 2026

/s/ Nathaniel A.G. Zelinsky
NATHANIEL A.G. ZELINSKY
WASHINGTON LITIGATION GROUP
1717 K St., NW, Suite 1120
Washington, D.C. 20006
202-521-8750
nzelinsky@washingtonlitigationgroup.org

*Counsel for Plaintiff-Appellee*
*Media Matters for America*