**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

**[ORAL ARGUMENT HELD APRIL 13, 2026]**

| | | |
|---|---|---|
| MEDIA MATTERS FOR AMERICA | ) | |
| | ) | |
| *Plaintiff-Appellee,* | ) | |
| | ) | |
| v. | ) | No. 25-5302 |
| | ) | |
| FEDERAL TRADE COMMISSION, *et al.,* | ) | |
| | ) | |
| *Defendants-Appellants.* | ) | |
| | ) | |

**MOTION FOR WITHDRAWAL OF APPEARANCE OF
SARAH E. HARRINGTON ON BEHALF OF
PLAINTIFF-APPELLEE MEDIA MATTERS FOR AMERICA**

Sarah E. Harrington, having entered an appearance in this case on behalf of Plaintiff-Appellee Media Matters for America ("Media Matters"), moves this Court for an order directing the Clerk to remove her from all service and notice lists, including electronic service, with respect to this case. Media Matters will continue to be represented by Nathaniel A.G. Zelinsky and James I. Pearce of Washington Litigation Group.

1

Respectfully submitted,

*/s/ Sarah E. Harrington*
Sarah E. Harrington
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000

Dated: April 24, 2026

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 65 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f). The filing complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and 32(a)(6), respectively, because it was prepared in a proportionately spaced typeface using Microsoft Word in Times New Roman 14-point font.

*/s/ Sarah E. Harrington*
Sarah E. Harrington

April 24, 2026

## CERTIFICATE OF SERVICE

I hereby certify that, on this 24th day of April, 2026, I caused a true and correct copy of the foregoing motion to be filed with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit through the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Sarah E. Harrington*
Sarah E. Harrington

April 24, 2026