ORAL ARGUMENT HELD APRIL 13, 2026

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> FEDERAL TRADE COMMISSION, et al., <br><br> Defendants-Appellants. | No. 25-5302 |

**STIPULATED DISMISSAL OF APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties hereby jointly stipulate to the dismissal of the captioned appeal, with each party to bear its own costs on appeal.  No court fees are due.

Respectfully submitted,

/s/ H. Thomas Byron III
H. THOMAS BYRON III
Federal Trade Commission
600 Pennsylvania Avenue NW
Washington, D.C. 20580
(202) 326-2527
hbyron@ftc.gov

*Counsel for Appellants*

/s/ Nathaniel A.G. Zelinsky
NATHANIEL A.G. ZELINSKY
WASHINGTON LITIGATION GROUP
1717 K St., NW, Suite 1120
Washington, D.C. 20006
202-521-8750
nzelinsky@washingtonlitigationgroup.org

*Counsel for Appellee*

May 1, 2026