# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5302**　　　　　　　　　　　　　　　　　**September Term, 2024**

1:25-cv-01959-SLS

**Filed On:** August 26, 2025

Media Matters for America,

　　　　Appellee

　　v.

Federal Trade Commission, et al.,

　　　　Appellants

**BEFORE:** Walker, Childs, and Pan, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay pending appeal, which includes a request for an immediate administrative stay, it is

**ORDERED** that appellee file a response to the motion by 5:00 p.m. on Tuesday, September 2, 2025. Any reply is due by 5:00 p.m. on Thursday, September 4, 2025.

### Per Curiam

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　BY:　　/s/
　　　　　　　　　　　　Selena R. Gancasz
　　　　　　　　　　　　Deputy Clerk