**ORAL ARGUMENT NOT YET SCHEDULED**

No. 25-5302

IN THE

# United States Court of Appeals
# for the District of Columbia Circuit

MEDIA MATTERS FOR AMERICA,

*Plaintiff-Appellee,*

v.

FEDERAL TRADE COMMISSION, *et al.,*

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Columbia, No. 1:25-cv-01959-SLS
Hon. Sparkle L. Sooknanan, J.

**PLAINTIFF-APPELLEE'S CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

<table>
<tr><td>

STEPHEN P. ANTHONY
RYAN K. QUILLIAN
DANA A. REMUS
KUNTAL V. CHOLERA
BRENDEN J. CLINE
BRIGID P. LARKIN
SARAH LEADEM
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, D.C. 20001-4956
202-662-6000

</td><td>

NATHANIEL A.G. ZELINSKY
MARY L. DOHRMANN†
JAMES I. PEARCE††
WASHINGTON LITIGATION GROUP
5335 Wisconsin Ave, NW, Suite 440
Washington, D.C. 20015
202-521-8750
nzelinsky@washingtonlitigationgroup.org

† *Admitted only in New York; practicing under the supervision of D.C. Bar Members.*
†† *Admitted only in New York and North Carolina; practicing under the supervision of D.C. Bar Members.*

</td></tr>
</table>

*Counsel for Plaintiff-Appellee Media Matters for America*

September 17, 2025       *Additional counsel listed on inside cover*

KATHERINE M. PEASLEE
SUSMAN GODFREY LLP
401 Union Street, Suite 3000
SEATTLE, WA 98101
206-516-3880

JUSTIN A. NELSON
MATTHEW BEHNCKE
ALEXANDRA FOULKES GRAFTON
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
713-651-9366

*Counsel for Plaintiff-Appellee Media Matters for America*

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES,

Pursuant to this Court's August 19, 2025 order, Plaintiff-Appellee Media Matters for America submits this Certificate as to Parties, Rulings and Related Cases, and its Corporate Disclosure Statement:

### A.     Parties and Amici

Media Matters for America was the plaintiff in the district court and is the Appellee before this Court.  The Federal Trade Commission, Andrew N. Ferguson, Mark R. Meador, Melissa Ann Holyoak, and two John Does were defendants in the district court and are Appellants in this Court.

As of the date of this filing, the Foundation for Individual Rights and Expression has also appeared as an amicus in this Court.

### B.     Rulings Under Review

The district court (Sookanan, J.) issued a preliminary injunction and an accompanying opinion on August 15, 2025.  The district court's opinion is not reported but is available at 2025 WL 2378009.

### C.     Related Cases

This case has not previously been before this Court or another district court. Two cases involving similar issues and Media Matters for America were before this Court, *see Media Matters for Am. v. Paxton*, No. 24-7059 (D.C. Cir.) and *Media Matters for Am. v. Bailey*, No. 24-7141 (D.C. Cir.), and the United States District

1

Court for the District of Columbia, *see Media Matters for Am. v. Paxton*, No. 1:24-cv-00147 (D.D.C.), and *Media Matters for Am. v. Bailey*, No. 1:24-cv-00147 (D.D.C.).

**D.      Corporate Disclosure Statement**

Media Matters for America is a not-for-profit research center and media watchdog.  It has no parent company and no publicly-held company has a 10% or greater ownership interest in the entity.


September 17, 2025                    /s/ Nathaniel A.G. Zelinsky
                                     NATHANIEL A.G. ZELINSKY
                                     5335 Wisconsin Ave, NW, Suite 440
                                     Washington, D.C. 20015
                                     202-521-8750
                                     nzelinsky@washingtonlitigationgroup.org

                                     *Counsel for Plaintiff-Appellee*
                                     *Media Matters for America*

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 17, 2025, I caused the foregoing to be electronically filed with the Clerk of the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. All counsel in this case are registered CM/ECF users and will be served by the appellate CM/ECF.


September 17, 2025

/s/ Nathaniel A.G. Zelinsky
NATHANIEL A.G. ZELINSKY
WASHINGTON LITIGATION GROUP
5335 Wisconsin Ave, NW, Suite 440
Washington, D.C. 20015
202-521-8750
nzelinsky@washingtonlitigationgroup.org

*Counsel for Plaintiff-Appellee*
*Media Matters for America*