# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. **25-5302**
2. DATE DOCKETED: **08-19-2025**
3. CASE NAME (lead parties only) **Media Matters for America** v. **Federal Trade Commission**
4. TYPE OF CASE: ☒ District Ct - ⦿ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court   ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?  ⦿ Yes  ○ No
   If YES, cite statute **28 U.S.C. 1657(a)**
6. CASE INFORMATION:
   a. District Court Docket No.       Bankruptcy Court Docket No.       Tax Court Docket No.
      Civil Action **25-1959**         Bankruptcy                        Tax
      Criminal                          Adversary
      Miscellaneous                     Ancillary
   b. Review is sought of:
      ☐ Final Order   ☒ Interlocutory Order appealable as of right   ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge **Sparkle L. Sooknanan**         Magistrate Judge
   d. Date of order(s) appealed (use date docketed): **08-15-2025**   e. Date notice of appeal filed: **08-18-2025**
   f. Has any other notice of appeal been filed in this case?  ○ Yes  ⦿ No   If YES, date filed:
   g. Are any motions currently pending in trial court?  ○ Yes  ⦿ No   If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?  ○ Yes  ⦿ No
      If NO, why not?  **No transcripts are necessary for this appeal as the case was decided on the pleadings.**
   i. Has this case been before the Court under another appeal number?  ○ Yes  Appeal #         ⦿ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue*, currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes  ⦿ No   If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute?  ⦿ Yes  ○ No
      If YES, give popular name and citation of statute **FTC Act, 15 U.S.C. § 57b-1**
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes  ⦿ No   If so, provide program name and participation dates

Signature **/s/ H. Thomas Byron III**     Date **09-18-2025**
Name of Party **Federal Trade Commission, et al.**
Name of Counsel for Appellant/Petitioner **H. Thomas Byron III**
Address **600 Pennsylvania Ave., NW, Washington, DC 20580**
Phone ( **202** ) **326-2527**     Fax ( **202** ) **326-2477**

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)