ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> FEDERAL TRADE COMMISSION, et al., <br><br> Defendants-Appellants, | No. 25-5302 |

**STATEMENT OF INTENT REGARDING DEFERRED APPENDIX**

The parties do not intend to use a deferred appendix in this appeal.

Respectfully submitted,

LUCAS CROSLOW
*General Counsel*

ALEX POTAPOV
*Deputy General Counsel*

/s/ H. Thomas Byron III
H. THOMAS BYRON III
*Deputy General Counsel*

STEPHEN T. FAIRCHILD
*Attorney*

*Federal Trade Commission*
*600 Pennsylvania Avenue NW*
*Washington, D.C. 20580*
*(202) 326-2527*
*hbyron@ftc.gov*

September 2025