ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

MEDIA MATTERS FOR AMERICA,

    Plaintiff-Appellee,

v.

FEDERAL TRADE COMMISSION, et al.,

    Defendants-Appellants,

No. 25-5302

**STATEMENT OF POTENTIAL ISSUES TO BE RAISED**

    This appeal presents the question whether the district court erred in granting a preliminary injunction prohibiting the Federal Trade Commission from enforcing or implementing its civil investigative demand (CID) directed to plaintiff Media Matters for America.

Respectfully submitted,

LUCAS CROSLOW
*General Counsel*

ALEX POTAPOV
*Deputy General Counsel*

/s/ H. Thomas Byron III
H. THOMAS BYRON III
*Deputy General Counsel*

STEPHEN T. FAIRCHILD
*Attorney*

*Federal Trade Commission*
*600 Pennsylvania Avenue NW*
*Washington, D.C. 20580*
*(202) 326-2527*
*hbyron@ftc.gov*

September 2025