# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5302**                         **September Term, 2025**

**1:25-cv-01959-SLS**

**Filed On: November 26, 2025** [2147560]

Media Matters for America,

         Appellee

     v.

Federal Trade Commission, et al.,

         Appellants

## O R D E R

Upon consideration of the joint motion to modify the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | January 5, 2026 |
| Appendix | January 5, 2026 |
| Appellee's Brief | February 17, 2026 |
| Amicus Curiae for Appellee's Brief | February 23, 2026 |
| Appellants' Reply Brief | March 13, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
        Michael C. McGrail
        Deputy Clerk