# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 25-5302**  September Term, 2025

1:25-cv-01959-SLS

Filed On: January 9, 2026 [2153613]

Media Matters for America,

    Appellee

  v.

Federal Trade Commission, et al.,

    Appellants

### O R D E R

    Upon consideration of the motion of movant New Civil Liberties Alliance for leave to participate as amicus curiae in support of neither party, it is

    **ORDERED** that the motion be granted.

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

BY:  /s/
      Michael C. McGrail
      Deputy Clerk