

Washington Litigation Group
1717 K St NW
Suite 1120
Washington DC, 20006

Nathaniel Zelinsky
Main 202-521-8750
Direct 202-521-8760
nzelinsky@washingtonlitigationgroup.org

January 25, 2026

**By CM/ECF**

Mr. Clifton Cislak
Clerk of Court
U.S. Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue, NW
Washington, D.C. 20001

Re: *Media Matters for America v. FTC*, No. 25-5302

Dear Mr. Cislak,

I represent Appellee in the above captioned matter. I write to inform the Court regarding my availability for oral argument. I will be unavailable March 31-April 9 due to international travel, and I would greatly appreciate if the Court would avoid scheduling oral argument on those dates.

Sincerely,

/s/ Nathaniel A.G. Zelinsky
Nathaniel A.G. Zelinsky

*Counsel for Media Matters for America*

Cc: All counsel of record by CM/ECF