ORAL ARGUMENT SCHEDULED FOR APRIL 13, 2026

No. 25-5302

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Media Matters for America,
    *Plaintiff-Appellee,*

v.

Federal Trade Commission,
    *Defendant-Appellant.*

Appeal from the United States District Court for the District of Columbia,
The Honorable Sooknanan, Judge Presiding (Case No. 1:25-cv-01959)

NOTICE OF INTENT OF SEVENTEEN NONPROFIT MEDIA, RESEARCH, AND ADVOCACY ORGANIZATIONS TO APPEAR AS *AMICI CURIAE* IN SUPPORT OF AFFIRMANCE OF PRELIMINARY INJUNCTION FOR PLAINTIFF-APPELLEE

Kendra K. Albert
Andrew F. Sellars
ALBERT SELLARS LLP
769 Centre St, Suite 199
Boston, MA 02130
(617) 286-6886
kendra@albertsellars.law

Counsel for *Amici Curiae*

# CORPORATE DISCLOSURE STATEMENT

*Amici* CalMatters; The Center for Investigative Reporting, Inc.; Defending Rights & Dissent; the Electronic Frontier Foundation; the First Amendment Coalition; Free Press; Freedom of the Press Foundation; Local Independent Online News (LION) Publishers; MuckRock Foundation; the National Coalition Against Censorship; the Project On Government Oversight (POGO); Public Knowledge; and Reporters Without Borders, Inc. each certify that they do not have a parent corporation, and no publicly-held corporation owns 10% or more of its stock.

The Press Freedom Defense Fund is a project of The Intercept Media, Inc. The Intercept Media, Inc. does not have a parent corporation, and no publicly-held corporation owns 10% or more of its stock.

The Coalition for Independent Technology Research is a project of Aspiration, a California nonprofit organization. Aspiration does not have a parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Dangerous Speech Project is a project of the New Venture Fund. The New Venture Fund does not have a parent corporation and no publicly-held corporation owns 10% or more of its stock.

Open Vallejo is a project of the Informed California Foundation. The Informed California Foundation does not have a parent corporation, and no publicly-held corporation owns 10% or more of its stock.

# NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF *AMICI CURIAE*

Pursuant to D.C. Circuit Rule 29(b), the following seventeen nonprofit media, research, and advocacy organizations hereby give notice that they intend to file an *amici curiae* brief in support of Appellees:

The Press Freedom Defense Fund

CalMatters

The Center for Investigative Reporting, Inc.

The Coalition for Independent Technology Research

The Dangerous Speech Project

Defending Rights & Dissent

The Electronic Frontier Foundation

The First Amendment Coalition

Free Press

Freedom of the Press Foundation

Local Independent Online News (LION) Publishers

MuckRock Foundation

The National Coalition Against Censorship

Open Vallejo

The Project On Government Oversight (POGO)

Public Knowledge

Reporters Without Borders, Inc. (RSF USA)

Pursuant to Federal Rule of Appellate Procedure 29(a)(2) and Circuit Rule 29(b), both Appellants and Appellees have consented to *amici* filing this brief.

Respectfully Submitted,

*/s/ Kendra K. Albert*

Kendra K. Albert
ALBERT SELLARS LLP
769 Centre St, Suite 199
Boston, MA 02130
(617) 286-6886
kendra@albertsellars.law

Counsel for *Amici Curiae*

Dated: February 23, 2026

CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2026, I caused the foregoing Notice of Intent to Appear as *Amici Curiae* to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all counsel of record.

Dated: February 23, 2026  /s/ *Kendra K. Albert*

Kendra K. Albert
ALBERT SELLARS LLP
769 Centre St, Suite 199
Boston, MA 02130
(617) 286-6886
kendra@albertsellars.law

Counsel for *Amici Curiae*