# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5302**                                    **September Term, 2025**

**1:25-cv-01959-SLS**

**Filed On: April 1, 2026** [2166587]

Media Matters for America,

        Appellee

    v.

Federal Trade Commission, et al.,

        Appellants

### O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for April 13, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 15 Minutes |
| Appellee | - | 15 Minutes |

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Millett, Wilkins, and Katsas.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by April 3, 2026.

**Per Curiam**

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

           BY:    /s/
                     Michael C. McGrail
                     Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)