# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 25-5302

September Term, 2025

1:25-cv-01959-SLS

Filed On: April 28, 2026 [2170831]

Media Matters for America,

        Appellee

    v.

Federal Trade Commission, et al.,

        Appellants

**BEFORE:**    Millett, Katsas, and Wilkins, Circuit Judges

### O R D E R

Upon consideration of appellee's unopposed motion for extension of time to file an opposition to the motion to dismiss, it is

**ORDERED** that the motion be granted.  The response to the motion is now due May 5, 2026.

### Per Curiam

                    **FOR THE COURT:**
                    Clifton B. Cislak, Clerk

        BY:    /s/
                    Michael C. McGrail
                    Deputy Clerk