ORAL ARGUMENT HELD APRIL 13, 2026

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| MEDIA MATTERS FOR AMERICA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>FEDERAL TRADE COMMISSION, et al.,<br><br>Defendants-Appellants. | No. 25-5302 |

**STIPULATED DISMISSAL OF APPEAL**

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties hereby jointly stipulate to the dismissal of the captioned appeal, with each party to bear its own costs on appeal. No court fees are due.

Respectfully submitted,

| | |
|---|---|
| /s/ H. Thomas Byron III | /s/ Nathaniel A.G. Zelinsky |
| H. THOMAS BYRON III | NATHANIEL A.G. ZELINSKY |
| Federal Trade Commission | WASHINGTON LITIGATION GROUP |
| 600 Pennsylvania Avenue NW | 1717 K St., NW, Suite 1120 |
| Washington, D.C. 20580 | Washington, D.C. 20006 |
| (202) 326-2527 | 202-521-8750 |
| hbyron@ftc.gov | nzelinsky@washingtonlitigationgroup.org |
| | |
| *Counsel for Appellants* | *Counsel for Appellee* |

May 1, 2026