# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5302**

**September Term, 2025**

**1:25-cv-01959-SLS**

**Filed On: May 4, 2026** [2171653]

Media Matters for America,

        Appellee

    v.

Federal Trade Commission, et al.,

        Appellants

**BEFORE:**    Millett, Wilkins, and Katsas, Circuit Judges

### **O R D E R**

Upon consideration of the parties' joint stipulation to dismiss the appeal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

### **Per Curiam**

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:    /s/
                Michael C. McGrail
                Deputy Clerk